UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DYSHAWN HINES,<br><br>Defendant. | Criminal No. 04-756 (FSH)<br><br>**ORDER** |

This matter having come before the Court upon the May 30, 2012 *pro se* request [docket no. 32] by Defendant Dyshawn Hines ("Defendant") for a correction of a clerical error pursuant to Federal Rule of Criminal Procedure 36; and this Court having reviewed and considered the Defendant's request and the Government's opposition thereto; and the Court concluding that the oral and written judgment of the sentencing hearing held on April 26, 2006 are consistent with one another;

**IT IS** on this 17th day of August, 2012;

**ORDERED** that the Defendant's request for a correction of a clerical error shall be and is hereby **DENIED.**

    s/ Faith S. Hochberg
United States District Judge